# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL WILKIE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 23-00288-KD-M |
| | ) |
| OUTOKUMPU STAINLESS USA, LLC, | ) |
| | ) |
|    Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED and DECREED that JUDGMENT is entered in favor of Defendant Outokumpu Stainless USA, LLC and against Plaintiff Samuel Wilkie.

**DONE** and **ORDERED** this the 19th day of November 2024.

     /s/ Kristi K. DuBose
     **KRISTI K. DuBOSE**
     **UNITED STATES DISTRICT JUDGE**